# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00059-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

THEOPHILUS ARTHUR,

    Applicant,

v.

MICHAEL MUKASEY, Attorney General,
MICHAEL CHERTOFE, Secretary of the Department of Homeland Security,
JOHN LONGSHORE, U.S. ICE Field Office Director for the Field Office, and
TERESA HUNT, Warden of Immigration Detention Facility,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2009

GREGORY C. LANGHAM
                CLERK

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Theophilus Arthur, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Immigration Customs and Enforcement Center (ICE) in Aurora, Colorado. Mr. Arthur initiated this action by filing a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Mr. Arthur will be directed to cure the following if he wishes to pursue his claims. Any papers which Mr. Arthur files in response to this Order must include the civil action number on the Order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   ___   is not submitted
(2)   ___   is missing affidavit

(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) ___ other:_____.

**Complaint, Petition or Application:**

(10) ___ is not submitted
(11) _X_ is not on proper form (must use the Court's current form used in filing 28 U.S.C. § 2241 actions)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos.
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the Court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(17) ___ names in caption do not match names in text
(18) _X_ other  Applicant has failed to provide addresses for each named Respondent

Accordingly, it is

ORDERED that Mr. Arthur cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Arthur files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Arthur, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Arthur fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 20, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00059-BNB

Theophilus Arthur
Reg. No. A-94984811
ICE Processing Center
11901 E. 30th Ave.
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 1/20/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk