IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00059-BNB

THEOPHILUS ARTHUR,

    Petitioner,

v.

MICHAEL MUKASEY, Attorney General,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
JOHN LONGSHORE, U.S. ICE Field Office Director for the Denver Field Office, and
THERESA HUNT, Warden of Immigration Detention Facility,

    Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 26 2009
GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that the Order Directing Applicant to Cure Deficiencies (Doc. # 3), filed on January 20, 2009, is vacated.

DATED February 26, 2009, at Denver, Colorado.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00059-BNB

Theophilus Arthur
Reg. No. A-94984811
ICE Processing Center
11901 E. 30th Ave.
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/26/09

GREGORY C. LANGHAM, CLERK

By: *(signature)*
Deputy Clerk